SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@socaleag.com

Attorneys for Plaintiff
CAMERON HARRELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON HARRELL,<br><br>    Plaintiff,<br><br>    vs.<br><br>PERFORMANCE AUTO CENTER; HILDA ORTEGA MENDOZA, AS TRUSTEE OF THE ESQUIVEL FAMILY TRUST; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 5:25-cv-01358-SP<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that CAMERON HARRELL ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)    *Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1

1 | None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for
2 | summary judgment. Accordingly, this matter may be dismissed without an Order of the
3 | Court.

5 | DATED: July 11, 2025          **SO. CAL. EQUAL ACCESS GROUP**

8 |                    By:    /s/   *Jason J. Kim*
9 |                           Jason J. Kim, Esq.
                              Attorneys for Plaintiff